872

Douglas would grant certiorari.

No. 72–6742. Quevedo v. California. Ct. App. Cal., 2d App. Dist. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–6745. Arnold v. Kirby et al. C. A. 6th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–6758. McDade v. Alabama. Ct. Crim. App. Ala. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–6777. Rosenberg v. Martin. C. A. 2d Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–6787. Weathers v. Gaffney, Warden. C. A. 10th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–6834. Cunningham v. United States. C. A. 3d Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–6856. Daughtery v. Harris, Warden; and
No. 72–6857. Piper v. Harris, Warden. C. A. 10th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari. Reported below: 476 F. 2d 292.

No. 72–6858. Ford v. United States. C. A. 1st Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–6871. Bell v. United States. C. A. 7th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.